# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GONZALEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES NAVY, PACIFIC EAGLE INTERNATIONAL SECURITY, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No: '08 CV 2402 JM JMA<br>Judge:　Hon. Jeffrey T. Miller<br><br>**ORDER DISMISSING THE ACTION IN ITS ENTIRETY** |

On May 20, 2009, the parties submitted a joint motion and stipulation requesting the dismissal, with prejudice, of this action in its entirety.

Good cause appearing, the request is **GRANTED**.

**IT IS SO ORDERED**.

DATED: May_27, 2009

_____
JEFFREY T. MILLER
United States District Judge

1
ORDER DISMISSING THE ACTION IN ITS ENTIRETY

1587723.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　08CV2402